UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Reliastar Life Insurance Company,
a Minnesota corporation,

Plaintiff,

v.

European Specialty Reinsurance
(Ireland) Limited, an Irish corporation,

Defendant.

Court File No. 01-1669 DSD/JMM

**STIPULATION AND ORDER**

---

The parties to this litigation, acting by and through their undersigned counsel, hereby agree that the defendant European Specialty Reinsurance (Ireland) Limited may have to and including October 19, 2001 in which to answer or otherwise respond to the complaint.

Dated: October 17, 2001

**FAEGRE & BENSON LLP**

Jerry W. Snider (Atty. No. 102945)
Deborah A. Ellingboe (Atty. No. 26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Nick J. DiGiovanni
Robert A. Badgley
LORD, BISSELL & BROOK
115 South LaSalle Street
Chicago, IL 60603
(312) 443-0700

**ATTORNEYS FOR PLAINTIFF**
**RELIASTAR LIFE INSURANCE COMPANY**

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

**LARSON • KING, LLP**

By: ______________________
Darron C. Knutson # 57034
Keith Dotseth #210304
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102-1211
(651) 312-6500

**ATTORNEYS FOR DEFENDANT EUROPEAN SPECIALTY REINSURANCE (IRELAND) LIMITED**

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby

**ORDERED**, that the defendant European Specialty Reinsurance (Ireland) Limited may have to and including October 19, 2001 in which to answer or otherwise respond to the complaint.

Dated: 10/18/01

______________________
John M. Mason
United States Magistrate Judge

lk_library:35669.1