Receipt 138616

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1669 DSD/JMM **Case Title:** ReliaStar Life Insurance v. European Specialty Reinsurance

**Affidavit of Movant**

I, Deborah Ellingboe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert A Badgley, an attorney admitted to practice in the US Distrct Ct District of No. Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant ReliaStar in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 26216X 11/1/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Robert A Badgley, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Robert A Badgley [signature]
Type/Print Name Signature Date

Attorney License Number:

Law Firm Name & Address: Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Telephone: ( ) 312 443-0700

Motion Granted: [signature] NOV 05 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK