Receipt 138616

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1669 DSD/JMM **Case Title:** ReliaStar Life Insurance v. European Specialty Reinsurance

**Affidavit of Movant**

I, Deborah Ellingboe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nick J DiGiovanni, an attorney admitted to practice in the US Dist. Court District of No. IL, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant ReliaStar in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Deborah A Ellingboe — Signature
26216X — MN Attorney License #
11/1/01 — Date

**Affidavit of Proposed Admittee**

I, Nick J DiGiovanni, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Nick J DiGiovanni — Type/Print Name
[signature] — Signature
Date: ____________

Attorney License Number: ____________

Law Firm Name & Address: Lord, Bissell & Brook
115 S. LaSalle St
Chicago, IL 60603

Telephone: ( ) 312-443-0700

Motion Granted: Richard D. Sletten, /lj
For the Court: Richard D. Sletten, Clerk

NOV 05 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________