# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:01-CV-1669 DSD/JMM**

ReliaStar Life Ins,

v

European Specialty.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-1669 DSD/SRN**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Beverly Riches at 651 848 1200.**

DATE: **June 19, 2002**

**Richard D. Sletten, Clerk**

FILED June 19, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____