UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reliastar Life Insurance Company,
a Minnesota corporation,

Court File No. 01-1669 DSD/SRN

Plaintiff,

**ORDER OF DISMISSAL**

vs.

European Specialty Reinsurance
(Ireland) Limited, an Irish corporation,

Defendant.

---

This matter came before the Court on the stipulation of Plaintiff ReliaStar Life Insurance Company and Defendant European specialty Reinsurance (Ireland) Limited to an order dismissing all of the Plaintiff's claims against Defendant in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and Defendant, and all the other files, records, and proceedings herein.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: May 22, 2003

HONORABLE ~~SUSAN RICHARD NELSON~~
UNITED STATES ~~MAGISTRATE~~ JUDGE

::ODMA\PCDOCS\STP\1069446\1

FILED MAY 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______